**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | 1:08-cv-00765-SMS-PC |
| Plaintiff, | |
| v. | ORDER VACATING ORDER TO SHOW CAUSE |
| R. KEVORKIAN, et al., | (Doc. 16.) |
| Defendants. | |

Plaintiff, Emelito Exmundo ("plaintiff"), is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2008, the court issued an order for defendants to show cause why sanctions should not be imposed for their failure to submit a form indicating consent or decline to Magistrate Judge jurisdiction, pursuant to the court's orders of June 4, 2008 and July 22, 2008. (Docs. 4, 12.)

It has come to the court's attention that a docketing error caused the court to believe that defendants had not complied with the court's orders. (Docs. 5, 17.) In fact, defendants filed a form indicating consent to Magistrate Judge jurisdiction on June 12, 2008. (Doc. 5.) The form was erroneously entered on the docket as filed by plaintiff. The court's record has now been corrected. In light of this, the order to show cause shall be vacated.

Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause Re Defendant's Failure to Respond to the Court's Order Re Consent or Request for Reassignment, entered on September 12, 2008, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   September 15, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE