IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R. KEVORKIAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-00765-SMS (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br>and<br>DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br><br>(DOCUMENT #34) |

　　　　Plaintiff is a prisoner proceeding pro se with a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983.

　　　　On October 22, 2009, judgment was entered dismissing plaintiff's complaint. (Doc. 27.) On December 10, 2009, plaintiff filed a notice of appeal, and on January 5, 2010, plaintiff filed an application to proceed in forma pauperis. (Docs. 29, 34.) Examination of plaintiff's application to proceed in forma pauperis reveals that plaintiff is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:　　January 14, 2010　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE